UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RONALD EHINGER,

    Plaintiff,

v.

                                        Case No. 2:07-cv-44
                                        HON. GORDON J. QUIST

UNITED STATES OF AMERICA, et al.,

    Defendants.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge on March 27, 2007. The Report and Recommendation was duly served on the parties. The Court received objections from Plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. Plaintiff's objections are incoherent and unresponsive to the report and recommendation. Therefore, the Court finds the objections to be without merit.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court and Plaintiff's action will be dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that there is no good-faith basis for an appeal. *Coppedge v. United States*, 369 U.S. 438, 445 (1961).

FINALLY, IT IS ORDERED that Plaintiff's pending motions (docket ##3-13, #20) are DENIED as moot.

Dated: May 9, 2007                                                         /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE